IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| **MAE K. MOORE,** : | |
| Claimant : | |
| v. : | **CASE NO. 6:04-CV-51 (HL)** |
| **JO ANNE B. BARNHART,** : | |
| **Commissioner of Social Security,** : | |
| Defendant : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc.19) filed April 26, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the claimant to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 17th day of May, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**